## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Jose Escobedo, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:17−cv−00682
                                                    Honorable Susan E. Cox

Oswego Junction Enterprises LLC, et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 11, 2017:

    MINUTE entry before the Honorable Susan E. Cox:Motion hearing held. Defendants attorney did not appear. Agreed joint motion for approval of settlement agreement and stipulation of dismissal [47] is granted as stated on the record. Mailed notice.Mailed notice(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.